## 11170.   DAVIS *v.* THE STATE.

BROYLES, C. J.   1. The amendment to the motion for a new trial, not having been argued in the brief of counsel for the plaintiff in error, is treated as abandoned.

2. There was evidence which authorized the jury to find that the accused had made a free and voluntary confession of his guilt; and other corroborative evidence which, together with his confession, authorized his conviction.

DECIDED MARCH 3, 1920.   REHEARING DENIED APRIL 13, 1920.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

Indictment for car-breaking; from Fulton superior court—Judge Humphries. November 15, 1919.

Application for certiorari was denied by the Supreme Court.

*Len B. Guillebeau,* for plaintiff in error.

*John A. Boykin, solicitor-general, E. A. Stephens,* contra.